**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Dometic Corporation,

Plaintiff, Case No.:

v.

Citimarine, LLC,

Defendant.
_______________________________________/

**COMPLAINT**

Plaintiff Dometic Corporation ("Dometic" or "Plaintiff"), by and through its undersigned counsel, states as follows for its Complaint against Defendant Citimarine, LLC ("Citimarine" or "Defendant"):

**INTRODUCTION**

1. This case concerns Defendant Citimarine's willful, repeated, and on-going violations of Plaintiff Dometic's intellectual property rights.

2. Among other things, Citimarine has engaged in false advertising by using doctored photographs to impugn the quality of Dometic's air-conditioner products in order to promote Citimarine's own competing products. Citimarine has also infringed Dometic's copyrights by reproducing Dometic's copyrighted product photographs and price lists, and/or unauthorized derivative works thereof, on Citimarine's website without Dometic's permission. Citimarine has also willfully violated a 2021 settlement agreement between the parties (the "Settlement Agreement," attached as **Exhibit A**) expressly prohibiting Citimarine from misusing Dometic's intellectual property.

3. Dometic brings this suit for damages and injunctive relief under the Lanham Act,

Copyright Act, Florida's Unfair or Deceptive Practices Act, and Florida common law to finally put an end to Citimarine's wrongful conduct once and for all.

**THE PARTIES, JURISDICTION, AND VENUE**

4. Plaintiff Dometic is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at O'Hare Plaza II, 8755 West Higgins Road, Suite 620, Chicago, IL 60631.

5. On information and belief, Defendant Citimarine, LLC is a limited liability company organized and existing under the laws of the State of Florida, with its principal place of business at 3300 NW 112th Avenue, Suite 4, Doral, Florida, 33172.

6. On information and belief, Citimarine operates the website https://citimarinestore.com/en/, including related webpages, and publishes the content on those webpages.

7. This Court has personal jurisdiction over Citimarine because, on information and belief, Citimarine is incorporated in the State of Florida and has its principal place of business in the State of Florida.

8. This Court also has personal jurisdiction over Citimarine pursuant to Section 7.4 of the Settlement Agreement ("The Parties consent to personal jurisdiction within Florida.").

9. Additionally, Citimarine has purposefully availed itself of this jurisdiction because, on information and belief, Citimarine's publication of the images discussed below is directed to consumers in this State or, at least, is accessible by consumers in this State.

10. The subject matter of this action arises out of or relates to Citimarine's contacts with the State of Florida, including because its publication of the images discussed below is directed to consumers in this State or, at least, was accessible by consumers in this State.

11. Venue is proper in this District under 28 U.S.C. § 1400(a) because Citimarine resides or may be found in this District.

12. Alternatively, venue is proper in this District pursuant to Section 7.4 of the Settlement Agreement.

13. This Court has subject matter jurisdiction over the Lanham Act, copyright, and unfair competition claims asserted in this action pursuant to at least 28 U.S.C. § 1331 (federal question); 15 U.S.C. § 1121(a) (Lanham Act); 28 U.S.C. § 1338(a) (copyright); and 28 U.S.C. § 1338(b).

14. This Court has subject matter jurisdiction over all other claims in this action pursuant to at least 28 U.S.C. § 1367(a) because those claims "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

## BACKGROUND

15. Plaintiff Dometic is a respected and longstanding manufacturer in the outdoor and mobile living industry, developing, manufacturing, and selling products for use in a variety of outdoors-related activities (collectively, the "Dometic Goods"). As relevant here, the Dometic Goods include air-conditioning ("A/C") units for boats and other marine vehicles and accessories for those units.

16. Dometic designates itself as the source of its goods by, among other things, affixing its name and logo to its products.

17. The U.S. Patent and Trademark Office has issued several registrations for marks used by Dometic with marine A/C products (collectively, the "Dometic Marks").

18. The Dometic Marks include, but are not limited to:

| Mark | Registration No. | Registration Date |
|---|---|---|
| DOMETIC | 4179622 | July 24, 2012 |
| DOMETIC | 4717195 | April 7, 2015 |
| DOMETIC | 5403863 | February 20, 2018 |

19. The Dometic Marks have been in continuous use since at least their respective dates of registration.

20. The Dometic Marks are assigned to Dometic's sister company, Dometic Sweden AB. Dometic is authorized to use the Dometic Marks via an intra-company license from Dometic Sweden AB and, as authorized by that license, consistently affixes the Dometic Marks to its products to designate Dometic as the source of the Dometic Goods.

21. Dometic has also acquired common law rights in the use of the Dometic Marks throughout the United States.

22. Dometic has used the Dometic Marks in interstate commerce in the United States of America in connection with the marketing, operation, and/or sales of the Dometic Goods.

23. Dometic has advertised and promoted the Dometic Goods using the Dometic Marks in interstate commerce in the United States of America.

24. Examples of Dometic Goods advertised and promoted under the Dometic Marks include the Dometic Emerald Titanium DEGX condensing unit and the Dometic BREATHE 4500 air purification add-on kit, which are pictured below:







25. Dometic's customers for the Dometic Goods offered under the Dometic Marks include, but are not limited to, vehicle manufacturers and individual retail consumers.

26. Since introducing the Dometic Goods under the Dometic Marks to the market, Dometic has invested substantial time, effort, and money in advertising and promoting those goods throughout the United States of America.

27. Dometic Goods branded under the Dometic Marks have a reputation for quality among customers of Dometic and in the industry.

28. Dometic has established extensive goodwill in its brand name among its customers and in the industry.

29. The Dometic Marks and the goodwill associated with them have become assets of substantial value to Dometic.

30. In 2026, Dometic registered photographs of its marine A/C products (the "Dometic Product Photographs") with the U.S. Copyright Office under U.S. Copyright Reg. No. VA 2-489-875.

31. A copy of the copyright registration certificate for the Dometic Product Photographs is attached as **Exhibit B**.

32. Dometic has also registered U.S. copyrights for its product catalogs, referred to as the "Dometic Price Lists."

33. The Dometic Price Lists were registered under U.S. Copyright Reg. Nos. TX 9-627-994 (2018 Price List) and TX 9-623-665 (2024 Price List).

34. Copies of the copyright registration certificates for the Dometic Price Lists are attached as **Exhibit C** (2018 Price List) and **Exhibit D** (2024 Price List).

35. Dometic's copyright registrations are referred to collectively as the "Dometic Copyright Registrations" and the works registered referred to as the "Copyright Works."

**CITIMARINE'S CONDUCT AND INFRINGEMENT**

36. Defendant Citimarine competes with Dometic in at least the market for marine A/C units.

37. Citimarine was previously an authorized reseller of Dometic's marine A/C products.

38. In January 2020, Dometic terminated Citimarine's ability to resell Dometic's marine A/C products.

39. Following Dometic's termination, Citimarine continued to advertise products sold under Dometic's brand.

40. On August 10, 2020, Dometic sued Citimarine for unfair or deceptive trade practices, violations of the Lanham Act, and related claims. *Dometic Corp. v. Citimarine LLC*, S.D. Fla. Case No. 1:20-cv-23317 (the "2020 Lawsuit") at ECF No. 1.

41. Dometic and Citimarine resolved the 2020 Lawsuit through the Settlement Agreement.

42. In Section 1.1 of the Settlement Agreement, Citimarine agreed to not "advertise, market, [or] promote . . . any products manufactured by Dometic or protected by Dometic's trademarks, patents, or copyrights . . . as well as . . . protected by the trademarks of any other entity and/or brand affiliated with Dometic[.]"

43. The Settlement Agreement further provides, at Section 1.3, that Citimarine may not "use, copy, reproduce, or otherwise infringe upon any intellectual property, including trademarks, patents, and copyrights, of Dometic or any other entity and/or brand affiliated with Dometic[.]"

*Citimarine's Doctored Images of Damaged Marine A/C Units*

44. On its website, Citimarine maintains a series of webpages referred to as the "CitiGuide," including at https://citimarinestore.com/citiguide/.

45. Citimarine's CitiGuide webpages include information about recreational marine products, organized by the brand that manufactures the products on a specific page.

46. On its website, Citimarine has published a CitiGuide webpage concerning Dometic's marine A/C products (the "CitiGuide Webpage").

47. The CitiGuide Webpage is commercial advertising for Citimarine's products.

48. The CitiGuide Webpage was and is published at the URL https://citimarinestore.com/citiguide/dometic-marine-air-conditioning-price-list/.

49. Thus, the URL used by Citimarine for the CitiGuide Webpage includes Dometic's name.

50. In 2025, Citimarine published on the CitiGuide Webpage at least one doctored image of a damaged marine engine, edited to superimpose the Dometic Marks onto the damaged engine (the "2025 Image").

51. Citimarine published the 2025 Image under the bolded heading "Cross Reference for Dometic A/C Units," as shown here:




52. Citimarine's publication of the 2025 Image was also accompanied by information detailing Dometic's marine A/C products.

53. Citimarine's publication of the 2025 Image on its CitiGuide Page (including the accompanying statements) was literally false because it conveyed that the damaged unit depicted in the 2025 Image is one of Dometic's products.

54. In fact, the A/C unit shown in the 2025 Image and labeled with the Dometic Marks is not one of Dometic's products.

55. On information and belief, Citimarine's publication of the 2025 Image on the CitiGuide Webpage (including the accompanying statements) has misled consumers about the quality of Dometic's products.

56. Citimarine's publication of the 2025 Image on the CitiGuide Webpage (including the accompanying statements) has harmed Dometic's reputation and harmed the goodwill in the Dometic Marks.

57. On information and belief, Citimarine's publication of the 2025 Image on the CitiGuide Webpage (including the accompanying statements) was intended to influence consumers to choose Citimarine's competing products over Dometic's products.

58. Citimarine's publication of the 2025 Image on the CitiGuide Webpage (including the accompanying statements) and Citimarine's inclusion of Dometic's brand name in the URL all show that Citimarine's conduct was intentional.

59. More recently, in 2026, Citimarine updated the CitiGuide Webpage by replacing the 2025 Image with another doctored image of a damaged marine engine, this time edited to superimpose a slightly modified version of the Dometic Marks, with an "S" added to read "DOMESTIC" (the "2026 Image").

60. The 2026 Image is reproduced here:

CitiGuide

Cross Reference for Dometic A/C Units

FEBRUARY 12, 2026 PUBLISHED: APRIL 1, 2019 51997




**Cross reference for Dometic A/C Units** – Dometic's Cruisair and Marine Air lines have merged under one Dometic brand of marine air conditioners. Below you will find their most popular models.

61. The one-letter change does not dispel the image's message that the damaged A/C unit is a Dometic product.

62. Citimarine has published the 2026 Image under the same bolded heading "Cross Reference for Dometic A/C Units" as the 2025 Image.

63. Citimarine has published the 2026 Image, bolded heading, and information about Dometic's marine A/C products at the same URL where it had previously published the 2025 Image, which includes Dometic's name.

64. Citimarine's publication of the 2026 Image is also accompanied by information detailing Dometic's marine A/C products.

65. Citimarine's publication of the 2026 Image on the CitiGuide Webpage (including the accompanying statements) is literally false or, at a minimum, misleading because it represents or necessarily implies that the damaged unit depicted in the 2026 Image is one of Dometic's products.

66. In fact, the A/C unit shown in the 2026 Image and labeled with a derivation of the Dometic Marks is not one of Dometic's products.

67. On information and belief, Citimarine's publication of the 2026 Image on the CitiGuide Webpage (including the accompanying statements) has misled consumers about the quality of Dometic's products.

68. Citimarine's publication of the 2026 Image on the CitiGuide Webpage (including the accompanying statements) has harmed Dometic's reputation and harmed the goodwill in the Dometic Marks.

69. On information and belief, Citimarine's publication of the 2026 Image on the CitiGuide Webpage (including the accompanying statements) is intended to influence consumers to choose Citimarine's competing products over Dometic's products.

70. Citimarine's publication of the 2026 Image on the CitiGuide Webpage (including the accompanying statements) and Citimarine's inclusion of Dometic's brand name in the URL all show that Citimarine's conduct is intentional.

*Doctored Images in Citimarine's List of Dometic's Products*

71. On Citimarine's CitiGuide Webpage, it has also published a list of Dometic's marine A/C products, including images, descriptions, and prices for each unit.

72. The list of Dometic's products provided on Citimarine's CitiGuide Webpage is reproduced below across three images:

## Dometic Self-Contained Unit Prices and Drop-in replacements

*Images are for reference purposes only and may not accurately represent the brand or product.

| Model | Description | List Price | CTM Marine Replacement |
|---|---|---|---|
|  | ECD kits are ideal for replacing an existing air conditioning system or for a new air conditioning installation. High-velocity blowers with internal motors for a more compact installation footprint. Units are built on an easy-to-plumb stainless-steel drain pan, and the pre-installed return-air filter is removable for cleaning. Powerful, quiet, and top-selling self-contained A/C unit by Dometic.<br>**Also, replaces: STX, STQ & VTD units** | ECD6K<br>**$2,950** | CTM CT-6<br>**$1,899** |
| | | ECD10K<br>**$3,175** | CTM CT-10<br>**$2,149** |
| | | ECD16K<br>**$3,420** | CTM CT-16<br>**$2,409** |
|  | The Dometic Turbo Global Unit (DTG) series self-contained boat air conditioner is the replacement for the DTU. Rust-free molded composite drain pan has three drains for the rapid removal of condensate water. Small footprint. Vibration-isolation mounting system. Enclosed blower motor eliminates overhang for reduced depth. The Dometic DTU has dual capability of heating and cooling. New Feature enables the DTG to work in either 60 or 50 Hz.<br>**Replaces: STX & STQ, VTD units** | DTGX6<br>**$3,075** | CTM CT-6<br>**$1,899** |
| | | DTGX8<br>**$3,275** | – |
| | | DTGX10<br>**$3,530** | CTM CT-10<br>**$2,149** |
| | | DTGX12<br>**$3,610** | CTM CT-12<br>**$2,279** |
| | | DTGX16<br>**$3,795** | CTM CT-16<br>**$2,409** |
|  | Dometic Compact Unit offers direct expansion operation in a compact, low-profile unit, with a seawater-cooled condenser and choice of controls. Dometic Compact units are designed for installation under a settee or berth, in a locker or cabinet, or other convenient location. The DCU provides higher BTU's than Dometic's other self-contained models.<br>**Replaces: Cruisair SQUF, VCD units** | DCU18K<br>**$5,690** | – |
| | | DCU27K<br>**$7,660** | CTM CT-25H<br>**$3,799** |
| | | DCU30K<br>**$8,790** | – |
|  | Ideal for sailboats and powerboats, the Cuddy II is a self-contained 12V marine A/C unit that can be operated directly from batteries or used dockside with a suitable battery charger. It provides 3,500 BTUs of cooling capacity while using very little power – only 30 amps (without circulating pump). | CDB3.5<br>**$6,785** | CTM CT-6S<br>**$3,499** |

## Dometic Split Gas System Prices and Drop-in replacements

| Model | Description | List Price | CTM Marine Replacement |
|---|---|---|---|
|  | The Dometic TurboVap series of direct expansion (DX) split-gas evaporators for boats is based on the revolutionary engineering advancements of the award-winning DTU units. Dometic TVE units work with R-410A gas and condensing units such as the DEU, while Dometic TV units work with R-417A & R22 gas and R & RX series condensing units | TVE4 **$1,240** | – |
| | | TVE4 **$1,240** | CTM EV-6 **$729** |
| | | TVE8 **$1,250** | CTM EV-8 **$829** |
| | | TVE10 **$1,295** | CTM EV-10 **$899** |
| | | TVE12 **$1,325** | CTM EV-12 **$959** |
| | | TVE16 **$1,420** | CTM EV-16 **$1,269** |
|  | Pair this with a Dometic TurboVap R-410A evaporator (TVE). Dometic engineers designed the innovative Emerald Condensing Unit (DEU) series to harness and maximize the impressive performance of R-410A refrigerant while meeting all international clean air standards. Compact design, built-in vibration-isolating mounts, large drain connections and numerous mounting options for installation to a smooth deck, stringer or existing rack.<br>Replaces: Cruisair EQ, ED units | DEGX10 **$3,770** | CTM CX-10 **$2,319** |
| | | DEGX12 **$3,860** | CTM CX-12 **$2,359** |
| | | DEGX16 **$4,010** | CTM CX-16 **$2,360** |
| | | DEUX24S **$6,240** | CTM CX-24H **$3,929** |
| | | DEUX36S **$7,330** | CTM CX-36H **$4,429** |
| | | DEUX48 **$8,005** | CTM CX-48HS **$5,529** |

## Dometic Marine Chilled-Water Systems

**Chiller systems do not come in 115V, but in several voltage / phase combinations: 230V/60/1, 220V/50/1, 208-230V/60/3, 380V/50/3, 400V/50/3, 460V/60/3. Prices below may vary slightly based on voltage needed.*

| Model | Description | List Price | CTM Marine Replacement |
|---|---|---|---|
|  | Dometic MCGX Titan modular chillers use titanium condensers to greatly increase durability and product lifespan. Titanium is unaffected by the punishing combination of saltwater, invasive marine life, and the harsh acids used in routine cleaning. Far superior to cupronickel systems–the industry standard–which inevitably suffer catastrophic failure from corrosion and erosion. Available in capacities ranging from 24,000 (2 ton) to 180,000 (15 ton) BTU/hr, but can be staged to provide larger capacities. Not available in 115V, but available in 220, 230, 460 and other voltage / phase combinations.<br><br>Replaces: MCGV units | MDGX36 SMRTSTRT **$16,490** | CTM CW-36HS **$6,699** |
| | | MDGX48 SMRTSTRT **$16,880** | CTM CW-48HS **$7,699** |
| | | MDGX60 SMRTSTRT **$17,860** | CTM CW-60HS **$8,699** |
| | | MDGX72 SMRTSTRT **$18,860** | CTM CW-72HS **$9,799** |
|  | The Dometic TWCX is a fully enclosed, high-performance reverse-cycle chiller that cools and heats, and is available in a wide range of models. Also built with titanium condensers. Two control systems are available. The standard Digital Diagnostic Control (DDC) that provides simple, single-stage operation. Or Tempered Water Logic Control (TWLC) with LCD screen for multiplexed system.<br><br>Replaces: TWCV units | TWCX24 **$7,200** | CTM CW-24H **$4,299** |
| | | TWCX30 **$7,550** | – |
| | | TWCX36 **$7,750** | CTM CW-36HS **$6,699** |
| | | TWCX48 **$8,750** | CTM CW-48HS **$7,699** |
| | | TWCX60 **$10,850** | CTM CW-60HS **$8,699** |
| | | TWCX72 **$11,850** | CTM CW-72HS **$9,799** |
|  | DOMETIC AU-HV Chilled Water Air Handler. Easy installation & improved performance. Rust-free composite drain pan, high-velocity blowers. Quiet, powerful performance. Easy operation, powerful, rotatable blowers. 115V or 230V, 6,000 – 24,000 BTUs. | AU6HV **$2,080** | CTM AH-6H **$1,499** |
| | | AU9HV **$2,180** | CTM AH-10H **$1,699** |
| | | AU12HV **$2,285** | CTM AH-12H **$1,799** |
| | | AU18HV **$2,540** | CTM AH-16H **$1,899** |
| | | AU24HV **$2,880** | CTM AH-24H **$2,199** |

73. The CitiGuide Webpage implies that the images provided under the headings "Model" are images of Dometic's products.

74. In fact, the CitiGuide Webpage's images are not images of Dometic's products.

75. Instead, the images on the CitiGuide Webpage (the "CitiGuide Images") are doctored versions of images of Dometic's actual products.

76. The CitiGuide Images are at least substantially similar to the original Dometic Product Photographs.

77. For example, the side-by-side images below show, on the left, Dometic's copyrighted photograph of its ECD model of marine A/C (referred to as "DometicECD.jpg" in the registration, Ex. B) and, on the right, a CitiGuide Image attributed as Dometic's ECD model (https://citimarinestore.com/citiguide/wp-content/uploads/2019/04/ct6-2048x927.png):





78. On information and belief, Citimarine intentionally designed the CitiGuide Images to be at least substantially similar to the original Dometic Product Photographs.

79. On information and belief, Citimarine used a generative AI tool or service to create the CitiGuide Images based on the Dometic Product Photographs.

80. The Dometic Product Photographs are original works registered under U.S. Copyright VA 2-489-875.

81. The CitiGuide Images incorporate substantial portions of Dometic's original images.

82. On information and belief, the CitiGuide Images were prepared by Citimarine by copying original, protected elements of Dometic's copyrighted photographs of its products.

83. The CitiGuide Images were prepared without Dometic's authorization.

84. The CitiGuide Images were published without Dometic's authorization.

*Infringement of the Dometic Price Lists*

85. The Copyright Works include the "Seascape Image" reproduced below, which was registered in Dometic's 2018 Price List as part of U.S. Copyright Reg. Nos. TX 9-627-994.



86. Citimarine published the following seascape image (the "CitiGuide Seascape") on the CitiGuide Webpage:




87. A capture of the CitiGuide Webpage including the CitiGuide Seascape is attached as **Exhibit E**.

88. On information and belief, the CitiGuide Seascape is a cropped version of Dometic's Seascape Image, modified only to add Citimarine's logo and a new date.

89. Citimarine published the CitiGuide Seascape without authorization from Dometic.

90. Citimarine also published Dometic's 2024 Price List on its website.

91. Dometic's 2024 Price List is registered as U.S. Copyright No. TX 9-623-665.

92. As shown at page 8 of Exhibit E, the link to "Dometic 2024 Complete Price List" permitted access to Dometic's 2024 Price List.

93. Attached as **Exhibit F** is a screen capture showing the first several pages of Dometic's 2024 Price List hosted on Citimarine's website.

94. Citimarine published Dometic's 2024 Price List without authorization from Dometic.

95. Citimarine also published Dometic's 2018 Price List on its website.

96. Attached as **Exhibit G** is a screen capture showing the first several pages of Dometic's 2018 price list hosted on Citimarine's website.

97. Dometic's 2018 Price List is registered as U.S. Copyright No. U.S. Copyright Reg. Nos. TX 9-627-994.

98. Citimarine published Dometic's 2018 Price List without authorization from Dometic.

99. Citimarein also published Dometic's 2019 Price List on its website.

100. Dometic's 2019 Price List is materially identical to Dometic's 2018 Price List.

101. Attached as **Exhibit H** is a screen capture showing the first several pages of Dometic's 2019 Price List hosted on Citimarine's website.

102. Citimarine published Dometic's 2019 Price List without authorization from Dometic.

**COUNT I – FALSE ADVERTISING (15 U.S.C. § 1125(a)(1)(B))**

103. Dometic incorporates by reference the allegations set forth in paragraphs 1 through 102 of this Complaint as though fully set forth herein.

104. Citimarine has published the 2025 Image and accompanying information on its CitiGuide Webpage.

105. Citimarine has published the 2026 Image and accompanying information on its CitiGuide Webpage.

106. Citimarine's CitiGuide Webpage is and was false or at least misleading, including because of the 2025 Image and the 2026 Image.

107. The 2025 Image and 2026 Image, read together with the "Cross Reference for Dometic A/C Units" heading, represent or at least necessarily imply that the damaged A/C units displayed therein are Dometic's, which is false.

108. Citimarine's CitiGuide Webpage has deceived consumers or has had the capacity to deceive consumers, including deceiving consumers into believing that the damaged A/C units displayed therein are Dometic products.

109. On information and belief, Citimarine's CitiGuide Webpage and its impacts on consumers have had a material effect on consumers' purchasing decisions, including because Citimarine's CitiGuide Webpage has impugned the quality of Dometic's products.

110. Citimarine's CitiGuide Webpage has been published in interstate commerce or had impacts on interstate commerce.

111. Dometic has suffered or is likely to suffer substantial damages as a result of Citimarine's CitiGuide Webpage, including in the form of lost sales.

112. Dometic has been injured or is likely to be irreparably injured as a result of Citimarine's CitiGuide Webpage, including in the form of reputational harm.

**COUNT II – COPYRIGHT INFRINGEMENT (17 U.S.C. § 501, *et seq.*)**

113. Dometic incorporates by reference the allegations set forth in paragraphs 1 through 102 of this Complaint as though fully set forth herein.

114. The Copyright Works are original works of authorship.

115. Dometic is the sole and exclusive owner of all right, title, and interest in and to the copyright in the Copyright Works.

116. Dometic filed copyright applications with the U.S. Copyright Office for all of the Copyright Works, all of which have been registered.

117. Citimarine has not received any license, assignment, or other authorization to exploit and/or reproduce the Copyright Works.

118. Citimarine had access to the Copyright Works, as the works are accessible the public.

119. The CitiGuide Images are exact copies of or substantially similar to the Dometic Product Photographs.

120. On information and belief, the CitiGuide Images were copied from the Dometic Product Photographs.

121. The CitiGuide Seascape published on Citimarine's CitiGuide Webpage is an exact copy of or substantially similar to the Dometic Price Lists' Seascape Image.

122. On information and belief, the CitiGuide Seascape was copied from the Dometic Price Lists.

123. The price lists published on Citimarine's CitiGuide Webpage are exact copies of or substantially similar to the Dometic Price Lists, including the 2018 Price List, 2019 Price List, and 2024 Price List.

124. On information and belief, the price lists published on Citimarine's CitiGuide Webpage were copied from the Dometic Price Lists.

125. Defendant's CitiGuide Webpage distributed the Dometic Price Lists without authorization.

126. Citimarine has reproduced, made derivative works of, distributed, and displayed Dometic's Copyright Works, including copies or derivatives of the Dometic Product Photographs and Dometic Price Lists, in violation of the Copyright Act of 1976, 17 U.S.C. § 501, *et seq.*

127. On information and belief, Citimarine's acts of copyright infringement alleged herein are committed willfully and in knowing disregard of Dometic's rights in the Dometic Copyrights.

128. As a result of Citimarine's ongoing acts of infringement alleged herein and in accordance with 17 U.S.C. § 504(b), Dometic is entitled to recover from Citimarine the damages it has sustained, and will sustain, and any profits obtained by Citimarine as a result of or attributable to their infringement. At present, the amount of such damages and profits cannot be fully ascertained by Dometic.

129. As a result of Citimarine's ongoing acts of willful infringement alleged herein, Dometic is also entitled to elect to receive statutory damages, costs and attorney's fees, pursuant to 17 U.S.C. § 504(c).

130. Citimarine's acts of infringement have also caused or are likely to cause Dometic to suffer irreparable harm.

**COUNT III – UNFAIR COMPETITION (FLORIDA COMMON LAW)**

131. Dometic incorporates by reference the allegations set forth in paragraphs 1 through 102 of this Complaint as though fully set forth herein.

132. Dometic and Citimarine compete for a common pool of customers, including in the marine A/C market.

133. Citimarine has engaged in deceptive or fraudulent conduct, including by publishing the 2025 Image, the 2026 Image, the CitiGuide Images, the CitiGuide Seascape, and/or the Dometic Price Lists on the CitiGuide Webpage.

134. Consumers have been and are likely to be confused by Citimarine's deceptive or fraudulent conduct, including as to (1) the source of the marine A/C unit depicted in the 2025 Image or the 2026 Image and (2) Citimarine's relationship with Dometic based on Citimarine's publication of the CitiGuide Images, the CitiGuide Seascape, and/or one or more of the Dometic Price Lists.

135. Dometic has suffered injuries as a result of Citimarine's deceptive or fraudulent conduct, including reputational injuries.

136. Citimarine intentionally engaged in its deceptive or fraudulent conduct, including the CitiGuide Webpage.

**COUNT IV – DECEPTIVE AND UNFAIR TRADE PRACTICES (FL. STAT. 501.204)**

137. Dometic incorporates by reference the allegations set forth in paragraphs 1 through 102 of this Complaint as though fully set forth herein.

138. The CitiGuide Webpage (including the images and statements on it) is an unfair method of competition, unconscionable act or practice, and/or unfair or deceptive act or practice.

139. Citimarine has published the CitiGuide Webpage in the conduct of trade or commerce.

140. Citimarine's CitiGuide Webpage has been and is likely to mislead consumers acting reasonably under the circumstances, including (1) as to the source of the marine A/C pictured in the 2025 Image and/or the 2026 Image and (2) Citimarine's relationship with Dometic based on Citimarine's publication of material substantially similar or identical to the Dometic Product Photographs, the Seascape Image, and/or the Dometic Price Lists.

141. Dometic has suffered actual damages as a result of Citimarine's website and other conduct.

142. Dometic has been aggrieved by Citimarine's website and other conduct within the meaning of Fl. Stat. § 501.211(1).

## COUNT V – BREACH OF CONTRACT

143. Dometic incorporates by reference the allegations set forth in paragraphs 1 through 102 of this Complaint as though fully set forth herein.

144. The Settlement Agreement is a valid contract between Dometic and Citimarine.

145. In Section 1.1 of the Settlement Agreement, Citimarine agreed, *inter alia*, to not "advertise, market, [or] promote . . . any products manufactured by Dometic or protected by Dometic's . . . copyrights . . . or protected by the trademarks of any other entity and/or brand affiliated with Dometic[.]"

146. Citimarine's publication of information about Dometic's marine A/C products on the CitiGuide Website constituted advertising, marketing, and/or promotion of Dometic's marine A/C products.

147. Dometic's marine A/C products are manufactured by Dometic, protected by Dometic's copyrights, and/or protected by the trademarks of another entity and/or brand affiliated with Dometic.

148. Section 1.3 of the Settlement Agreement prohibited Citimarine from, *inter alia*, using the intellectual property of Dometic or any entity and/or brand affiliated with Dometic.

149. Citimarine's publication of the CitiGuide Website amounts to the use of intellectual property of Dometic or an affiliated entity, including Dometic's copyrighted images.

150. Citimarine's publication of the CitiGuide Website constituted a material breach of the Settlement Agreement, including Section 1.1 and/or Section 1.3.

151. Citimarine's publication of the CitiGuide Website has damaged Dometic, including pursuant to the Settlement Agreement's provision for Liquidated Damages, Section 4.0.

**PRAYER FOR RELIEF**

WHEREFORE, Dometic respectfully requests that the Court:

(1) Adjudge that Citimarine has directly infringed the Dometic Copyrights, in violation of the Copyright Act of 1976, 17 U.S.C. § 501; has violated the Lanham Act, 15 U.S.C. § 1125(a)(1)(B); has engaged in unfair competition and unfair or deceptive trade practices under Florida law; and has breached the Settlement Agreement;

(2) Preliminarily and permanently enjoin Citimarine and its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons or entities from infringing the Dometic Copyrights or engaging in the conduct complained of here, including pursuant to the Settlement Agreement Section 5.2, 15 U.S.C. § 1116(a), 17 U.S.C. § 502(a), Florida common law, and Florida Statute 501.211;

(3) Order Citimarine to account and pay damages for Citimarine's infringement of the Dometic Copyrights (including, without limitation, for any infringing acts not presented at trial) and pre-judgment and post-judgment interest, including damages as provided for in 15 U.S.C. § 1117(a) and 17 U.S.C. § 502 (actual damages or statutory damages, with Dometic entitled to elect between them if both are available);

(4) Order Citimarine to account and pay damages for Citimarine's breach of the Settlement Agreement, pursuant to its Liquidated Damages provision, Section 4.0;

(5) Award Dometic its costs of the action and its reasonable attorneys' fees, including pursuant to 15 U.S.C. § 1117(a), 17 U.S.C. § 505 and Fl. Stat. § 501.2105;

(6) Award Dometic "all costs, including reasonably attorneys' fees . . . related to the enforcement and protection of any and all rights under th[e] Settlement Agreement[,]" Settlement Agreement § 5.2;

(7) Declare this case exceptional and award Dometic its reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117(a);

(8) Award punitive damages against Citimarine and in favor of Dometic;

(9) Order the impounding of all computers or remote servers containing the images published by Citimarine, as referenced above, and the deletion (or other disposal) of all images found to violate the Dometic Copyright Registrations, pursuant to 17 U.S.C. § 503;

(10) Declare that Citimarine's conduct violated Florida Statute 501.204;

(11) Award such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Dometic hereby demands trial by jury on all issues arising in this action so triable.

Dated: November 13, 2026

*/s/ Luca L. Hickman, Esq.*
**DINSMORE & SHOHL LLP**
Luca L. Hickman, Esq.
Florida Bar No. 118731
201 North Franklin Street, Suite 3050
Tampa, Florida 33602
Telephone: (813) 543-9835
luca.hickman@dinsmore.com

Oleg Khariton, Esq.
(*Pro Hac Vice* Forthcoming)
255 East Fifth Street, Suite 1900
Telephone: 513-977-8246

Oleg.Khariton@Dinsmore.com

Christopher K. VanDeusen, Esq.
(*Pro Hac Vice* Forthcoming)
755 West Big Beaver Road, Suite 1900
Troy, MI 48084
Telephone: 248-203-1642
Christopher.VanDeusen@Dinsmore.com

*Counsel for Plaintiff Dometic Corporation*